IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT DIABETES CARE INC. and ABBOTT DIABETES CARE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCOM, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-1699-KAJ<br>)<br>)<br>)<br>) |

**DEFENDANT'S DEXCOM, INC.'S MOTION**
**DISMISS UNDER RULE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant DexCom, Inc. ("DexCom") respectfully moves to dismiss the Second and Third Causes of Action in Plaintiffs Abbott Diabetes Care Inc.'s Complaint filed in the above-captioned action. Abbott's claims for breach of the implied covenant of good faith and fair dealing and for declaratory judgment are facially defective.

The grounds for DexCom's motion are set forth more fully in DexCom's Opening Brief, submitted herewith.

OF COUNSEL:
Valerie Lozano
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Alex Zuckerman
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Nina Tallon
QUINN EMANUEL URQUHART
 & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8000

Dated:  April 11, 2022

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*